B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Greenbaum, Jennifer L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0877** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1155 Longmeadow Road<br>Northbrook, IL**<br><div align=right>ZIP Code<br>**60062-1522**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 7113<br>Deerfield, IL**<br><div align=right>ZIP Code<br>**60015**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11      of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>      of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,  ☐ Debts are primarily<br>  defined in 11 U.S.C. § 101(8) as    business debts.<br>  "incurred by an individual primarily for<br>  a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box)<br>☐ Full Filing Fee attached<br><br>■ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Greenbaum, Jennifer L.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  **/s/ J. Kevin Benjamin ARDC #:**          **June 17, 2015** |
| | Signature of Attorney for Debtor(s)          (Date) |
| | **J. Kevin Benjamin ARDC #: 6202321** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Greenbaum, Jennifer L.** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jennifer L. Greenbaum**
Signature of Debtor  **Jennifer L. Greenbaum**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 17, 2015**
Date

**Signature of Attorney***

X **/s/ J. Kevin Benjamin ARDC #:**
Signature of Attorney for Debtor(s)

**J. Kevin Benjamin ARDC #: 6202321**
Printed Name of Attorney for Debtor(s)

**Benjamin | Brand LLP**
Firm Name

**1016 W. Jackson Boulevard**
**Chicago, IL 60607-2914**

_____
Address

**kevin@benjaminlaw.com or theresa@benjaminlaw.com**
**(312) 853-3100  Fax: (312) 577-1707**
Telephone Number

**June 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Jennifer L. Greenbaum**                                              ,   Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | FKA | Jennifer Lynn |
| 2. | FKA | Jennifer L. Lynn |
| 3. | AKA | Jennifer Lynne Greenbaum |
| 4. | AKA | Jennifer Greenbaum |
| 5. | FKA | Jennifer Lynne Lynn |
| 6. | FDBA | Furntiture N Design Group, Inc. |
| 7. | FDBA | Furniture and Design Brokers |
| 8. | FKA | Financial Services Vehichle Trust |
| 9. | FDBA | Designer Furniture Specialists, LLC. |
| 10. | FDBA | Ambiance Gallery |
| 11. | FDBA | Designer Furniture Brokers, Inc. |
| 12. | FDBA | Furniture And Bedding |
| 13. | FKA | Jennifer Lynn Greenbaum |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jennifer L. Greenbaum**                                             Case No. _____

                                                        Debtor(s)        Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jennifer L. Greenbaum**
_____
                       **Jennifer L. Greenbaum**

Date:   **June 17, 2015**
_____

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jennifer L. Greenbaum** ,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 32,741.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,791.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,471.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 1,677,146.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 1,000.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,154.00 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 32,741.00 | | |
| Total Liabilities | | | | 1,689,409.26 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jennifer L. Greenbaum** _____ ,     Case No. _____

                                     Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 4,471.40 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 4,471.40 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 1,000.00 |
| Average Expenses (from Schedule J, Line 22) | 1,154.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,101.36 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 4,471.40 |
| 4. Total from Schedule F | | 1,677,146.86 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,681,618.26 |

B6A (Official Form 6A) (12/07)

.

In re **Jennifer L. Greenbaum** _____, Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None. Debtor previously owned Real Estate Mortgage property address of 3089 Parkside Drive, Highland Park, Illinois 60035 - Property Sold at Sheriff Sale.** | | - | 0.00 | 0.00 |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re    **Jennifer L. Greenbaum**                                              ,     Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 12.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account with Paypal - negative balance as of filing of (-$895)** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **A few household good and furnishings including a few old night stands and a used old bed.** | - | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **A few books and family pictures.** | - | 20.00 |
| 6.  Wearing apparel. | | **Used clothing for one adult and one child** | - | 900.00 |
| 7.  Furs and jewelry. | | **a few costume jewelry pieces, a few earings, an old watch.** | - | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **1,732.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jennifer L. Greenbaum** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Alimony, maintenance and support due from Ex-Husband since 2007 + interest** | - | 30,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2014 Tax Refund Due From IRS $727.00. On April 6, 2015 the IRS applied Debtors $727.00 Tax Refund for 2014 to Debtors dischargable 2008 Tax Liability.** | - | 727.00 |
| | | **$132.00 - 2015 Tax Refund that was applied to Illinois Individual Tax: P19558857 For December 2009 on March 13, 2015. These taxes were believed to be dischargeable** | - | 132.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      30,859.00
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  __Jennifer L. Greenbaum_____,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **No car - Debtor drives auto owned by Mother and Debtor pays the insurance and payment on car.** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **an old desk and old laptop computer and printer.** | - | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      150.00
(Total of this page)
Total >      32,741.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Jennifer L. Greenbaum**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | 735 ILCS 5/12-1001(b) | 100% of FMV | 12.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Account with Paypal - negative balance as of filing of (-$895) | 735 ILCS 5/12-1001(b) | 100% of FMV | 0.00 |
| **Household Goods and Furnishings** | | | |
| A few household good and furnishings including a few old night stands and a used old bed. | 735 ILCS 5/12-1001(b) | 100% of FMV | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| A few books and family pictures. | 735 ILCS 5/12-1001(b) | 100% of FMV | 20.00 |
| **Wearing Apparel** | | | |
| Used clothing for one adult and one child | 735 ILCS 5/12-1001(a) | 100% of FMV | 900.00 |
| **Furs and Jewelry** | | | |
| a few costume jewelry pieces, a few earings, an old watch. | 735 ILCS 5/12-1001(b) | 100% of FMV | 300.00 |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| Alimony, maintenance and support due from Ex-Husband since 2007 + interest | 735 ILCS 5/12-1001(g)(4) | 100% of FMV | 30,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2014 Tax Refund Due From IRS $727.00. On April 6, 2015 the IRS applied Debtors $727.00 Tax Refund for 2014 to Debtors dischargable 2008 Tax Liability. | 735 ILCS 5/12-1001(b) | 100% of FMV | 727.00 |
| $132.00 - 2015 Tax Refund that was applied to Illinois Individual Tax:  P19558857 For December 2009 on March 13, 2015. These taxes were believed to be dischargeable | 735 ILCS 5/12-1001(b) | 100% of FMV | 132.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| No car - Debtor drives auto owned by Mother and Debtor pays the insurance and payment on car. | 735 ILCS 5/12-1001(c) | 100% of FMV | 0.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| an old desk and old laptop computer and printer. | 735 ILCS 5/12-1001(b) | 100% of FMV | 150.00 |
| | | Total: | 32,741.00 | 32,741.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re     **Jennifer L. Greenbaum**                                                          ,          Case No. _____

                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **12020895014670731**<br><br>**Springleaf Financial S**<br>**3119 N Lincoln Ave**<br>**Chicago, IL 60657** | - | | | **Opened 12/01/02  Last Active  9/30/2004**<br><br>**Household Goods And Other Collateral**<br><br>Value $                    **Unknown** | | | | **7,791.00** | **Unknown** |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |

|  |  |  |
|---|---|---|
| _0_ continuation sheets attached | Subtotal<br>(Total of this page) | 7,791.00 | 0.00 |
| | Total<br>(Report on Summary of Schedules) | 7,791.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Jennifer L. Greenbaum**                                          ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>   1   </u>  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re     **Jennifer L. Greenbaum**                                                                    ,          Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **P19558857 - xxx-xx-0877**<br><br>**Illinois Department of Revenue Bankruptcy Section POB 64338 Chicago, IL 60664-0338** | - | | **December 31, 2009**<br><br>**Letter ID L0145522656 - as of April 21, 2015.  For 2009 Tax Obligation. Debtor believes this is dischargeable and fully non priority.** | | | X | 2,426.71 | 2,426.71 | 0.00 |
| Account No. **P19558857 - xxx-xx-0877**<br><br>**Illinois Department of Revenue Bankruptcy Section POB 64338 Chicago, IL 60664-0338** | - | | **December 31, 2010**<br><br>**Letter ID L0145522656 - as of April 21, 2015.  For 2010 Tax Obligation.  Debtor believes this is dischargeable and fully non priority.** | | | X | 2,044.69 | 2,044.69 | 0.00 |
| Account No. **xxx-xx-0877**<br><br>**Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | - | | **January 1, 2011 - December 31, 2014**<br><br>**Income Taxes owed for years 2011-2014 NOTICE PURPOSES** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 4,471.40 | 0.00 |
|---|---|---|---|
|  |  | 4,471.40 |  |
|  | Total | 4,471.40 | 0.00 |
|  | (Report on Summary of Schedules) | 4,471.40 |  |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Jennifer L. Greenbaum**                                    ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 423841007<br><br>**Active Acceptance Corp<br>d/b/a Active Insurance Agency<br>1034 N. Ashland Avenue<br>Chicago, IL 60622** | - | | **Insurance** | | | | **168.03** |
| Account No. 013159705-01-0177<br><br>**ADT Security Services<br>P.O. Box 550619<br>Jacksonville, FL 32255** | | | **9/29/2013** | | | | **1,340.70** |
| Account No. T4160789<br><br>**Advanced Disposal Collections Dept<br>PO Box 6484<br>Carol Stream, IL 60197-6484** | - | | **5/5/2013** | | | | **135.60** |
| Account No. 4FURN/ST<br><br>**Affordable Moving Company, Inc.<br>5000 W. Bloomingdale Avenue<br>Chicago, IL 60639** | - | | **moving services<br>for Furniture N. Design Group** | | | | **60.00** |

|  |  |
|---|---|
| __32__ continuation sheets attached | Subtotal (Total of this page)    **1,704.33** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                         S/N:38236-150615   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Enterprise Bank** <br> **1725 McGovern St** <br> **Highland Park, IL 60035** | - | | **12/2007** <br> **potentially an old checking account.** <br> **NOTICE PURPOSES ONLY** | X | X | X | **Unknown** |
| Account No. 5391620385 <br><br> **American Medical Collection Agency** <br> **2269 S. Saw Mill River Road** <br> **Bldg. 3** <br> **Elmsford, NY 10523** | - | | **Collecting for Quest Diagnostics, Inc.** <br> **PIN # 08172027081** <br> **01 LQS WDS 5391620385** | | | | **174.50** |
| Account No. 20366 <br><br> **American Profit Recovery** <br> **34405 W. 12 Mile Road** <br> **Suite 379** <br> **Farmington Hills, MI 48331-5608** | - | | **Collecting For Cairo Animal Hospital** | | | | **1,163.27** |
| Account No. 00030729950 <br><br> **AMO Recoveries** | - | | **5/14/2010** <br> **Collecting for Target National Bank** | | | | **301.22** |
| Account No. 7413 <br><br> **Anthony P. Terrasse, MD** <br> **700 D North Westmoreland Road** <br> **Lake Forest, IL 60045** | - | | **5/6/2010** <br> **Medical Bill** | | | | **1,200.00** |

Sheet no. __1__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,838.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 002452940-49<br><br>**Armor Systems Corporation**<br>**1700 Kiefer Drive**<br>**Suite 1**<br>**Zion, IL 60099-5105** | - | | | **Collecting for University Anthesiologists in relation to Joshua Lynn (nimor - son) Creditor Account # 90403029** | | | | 1,080.00 |
| Account No. 61694863<br><br>**Arnold Scott Harris, P.C.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60654** | - | | | **11-13-2008**<br>**Violation numbers, 9177456937 and 9178523980**<br>**Collecting for City of Chicago Department of Revenue** | | | | 244.00 |
| Account No.<br><br>**Arnold Scott Harris, P.C.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60654** | - | | | **July 21, 2010**<br>**Financial Services Vehichle Trust**<br><br>**Collecting for City of Chicago Violation #9178523980 and 7002414031** | | | | 488.00 |
| Account No. 2010-M1-650283<br><br>**Arnold Scott Harris, P.C.**<br>**111 West Jackson Boulevard**<br>**Suite 600**<br>**Chicago, IL 60604** | - | | | **1/11/2010**<br>**City of Chicago v. Jennifer Greenbaum / Jennifer Lynn - administrative judgment entered 1/11/2010** | | | | 680.00 |
| Account No. LJ9435<br><br>**Association for Womens Health Care**<br>**PO Box 20781**<br>**Springfield, IL 62708** | - | | | **2011** | | | | 493.00 |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,985.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer L. Greenbaum_____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **847-433-9323-132**<br><br>**AT&T**<br>**Payment Processing Center-27**<br>**PO Box 55126**<br>**Boston, MA 02205-5126** | - | | **4/1/2013**<br>**Phone Bill**<br>**847-433-9323-132** | | | | **166.17** |
| Account No. **288228308**<br><br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream, IL 60197-6416** | - | | **04/03/2015 - 6/2/2015**<br>**Cell Phone Bill** | | | | **524.51** |
| Account No. **02345774733**<br><br>**Bank of America**<br>**Santa Monica Business Park**<br>**3320 Ocean Park Boulevard**<br>**Santa Monica, CA 90405** | - | | **July 2013**<br>**alleged overdraft** | X | X | X | **196.64** |
| Account No. **002345774733**<br><br>**Bank of America**<br>**Santa Monica Business Park**<br>**3320 Ocean Park Boulevard**<br>**Santa Monica, CA 90405** | - | | **July 2013**<br>**Alleged overdraft** | X | X | X | **141.65** |
| Account No. **93000197**<br><br>**Bay Area Credit Service**<br>**Atlanta, GA 31146** | - | | **Collecting for AT&T - Uverse Client account number 123843904**<br><br>**This account belongs to ex-husband.** | | | X | **246.97** |

Sheet no. __3___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,275.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Bertucci, David**<br>**1256 Old Skokie Road**<br>**Highland Park, IL 60035-3028** | - | | | Alleged loan<br>**NOTICE PURPOSES ONLY** | | X | X | Unknown |
| Account No. 157148959<br><br>**Bk Of Amer**<br>**Attn: Unit/CA6-919-02-41**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | - | | | Opened 1/01/07 Last Active 4/30/2013<br>**Real Estate Mortgage property address of 3089 Parkside Drive, Highland Park, Illinois 60035 - Property Sold at Sheriff Sale. Alleged Deficiency** | X | X | X | 520,000.00 |
| Account No. 4000799217<br><br>**Bmw Financial Services**<br>**Attn: Bankruptcy Department**<br>**Po Box 3608**<br>**Dublin, OH 43016** | - | | | Opened 3/01/07 Last Active 3/28/10<br>**Lease payments due as of 3/24/2010 re 2007-BMW-530i** | | | X | 5,086.10 |
| Account No. 1000398220<br><br>**Bmw Financial Services**<br>**Attn: Bankruptcy Department**<br>**Po Box 3608**<br>**Dublin, OH 43016** | - | | | Opened 9/01/05 Last Active 4/08/07<br>**Automobile** | | | X | Unknown |
| Account No. 1000133059<br><br>**Bmw Financial Services**<br>**Attn: Bankruptcy Department**<br>**Po Box 3608**<br>**Dublin, OH 43016** | - | | | Opened 9/01/02 Last Active 10/09/2005<br>**Automobile** | | | X | Unknown |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

525,086.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **120005122904**  **Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237** | - | | **Opened  2/01/11 Collection Attorney Citicorp Trust Bank original account number 0006032590376128210**  **re Jennifer Lynn / Ambiance Gallery 12 SC 324** | | | | **7,344.09** |
| Account No. **xxxxxx2904**  **CACH, LLC Attn:  John Ashton, BK supervisor 4340 S. Monaco Street, 2nd Floor Denver, CO 80237** | - | | **April 27, 2012 - last reported 5/15/2013 CACH, LLC v. Jennifer Greenbaum Small Claims Judgment entered April 27, 2012 against Debtor by Lake Law Magistrate Court in Lake County, IL and lien recorded April 30, 2012.  Case Number 12SC324** | | | | **7,344.09** |
| Account No. **5178057257505938**  **Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130** | | | **Opened  3/01/07  Last Active  6/02/13 Credit Card** | | | | **486.89** |
| Account No. **62062119868871001**  **Capital One Auto Finance 3905 N Dallas Pkwy Plano, TX 75093** | - | | **Opened  5/01/02  Last Active  7/01/06 Automobile** | | | X | **100.00** |
| Account No. **19772473**  **Chex Systems, Inc. 7805 Hudson Road Suite 100 Saint Paul, MN 55125** | - | | **Old checking account at JP Morgan Chase Bank - 5 or 6 years ago, under Jennifer L. Lynn** | | | | **750.00** |

Sheet no.  __5___  of  _32_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,025.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 775782878<br><br>ChexSystems Collection Agency, Inc.<br>Dept. 9500<br>Los Angeles, CA 90084-9500 | - | | | | MB Financial Bank, Rosemont, Illinois account number 5460003646 | | | | 2,878.53 |
| Account No. 6032-5903-7612-8210<br><br>Citicorp Retail Services<br>PO Box 183041<br>Columbus, OH 43218-3041 | - | | | | 7/1/2010<br>Credit Card | | | | 6,914.24 |
| Account No. 6072091739320092<br><br>Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | - | | | | Opened  8/01/09  Last Active 4/30/2013<br>Unsecured Loan | | | X | 6,948.00 |
| Account No. 6071305017355792<br><br>Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | - | | | | Opened  3/08/07  Last Active  8/19/09<br>Unsecured Credit Card<br>NOTICE PURPOSES ONLY | | | X | 7,457.68 |
| Account No. 5103750490<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | - | | | | 9/6/2009<br>Ticket Numbers:<br>9178523980, 9177456937, and 0057363636 -<br>Old IL Drivers License L50043271932 and Plate #9774169<br><br>Parking Tickets Illinois License Plate # 9774169 | | | | 282.00 |

Sheet no. __6___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,480.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jennifer L. Greenbaum** _____,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103750490**  <br><br>**City of Chicago** <br>**Department of Revenue** <br>**PO Box 88292** <br>**Chicago, IL 60680-1292** | - | | **2/14/2010** <br>**Ticket Numbers 7002414031** <br><br>**Parking Tickets Illinois License Plate #** <br>**9774169 - Old IL Drivers License** <br>**L50043271932** | | | | 100.00 |
| Account No. **5103750490**  <br><br>**City of Chicago** <br>**Department of Revenue** <br>**PO Box 88292** <br>**Chicago, IL 60680-1292** | - | | **9/6/2009** <br>**Ticket Numbers: 7002414031; 9178523980;** <br>**9178523980, 9177456937, and 0057363636 -** <br>**Plate # 9774169 and old  IL Drivers License** <br>**L50043271932** <br><br>**Parking Tickets Illinois License Plate #** <br>**9774169** | | | | 644.00 |
| Account No. **0049797754**  <br><br>**City of Chicago** <br>**Department of Revenue** <br>**PO Box 88292** <br>**Chicago, IL 60680-1292** | - | | **4/6/2006** <br>**Plate # 9774169 and old  IL Drivers License** <br>**L50043271932.** <br>**Expired Meter Central Business District.** <br>**Notice of Seizure.** | | | | 122.00 |
| Account No. **9058160715**  <br><br>**City of Chicago** <br>**Department of Revenue** <br>**PO Box 88292** <br>**Chicago, IL 60680-1292** | - | | **11/14/2006** <br>**Plate # 9774169 and old  IL Drivers License** <br>**L50043271932.** <br>**Expired Plates or Temporary Registration.** <br>**Notice of Seizure.** | | | | 122.00 |
| Account No. **9058160716**  <br><br>**City of Chicago** <br>**Department of Revenue** <br>**PO Box 88292** <br>**Chicago, IL 60680-1292** | - | | **11/14/2006** <br>**Plate # 9774169 and old  IL Drivers License** <br>**L50043271932.** <br>**Rear and Front Plate Required.  Notice of** <br>**Seizure.** | | | | 122.00 |

Sheet no. __7___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,110.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9058221712**<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | - | | 2/26/2007<br>**Plate # 9774169 and old  IL Drivers License L50043271932**<br>**Rear and front plate required.  Notice of Seizure.** | | | | 122.00 |
| Account No. **7000812357**<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | - | | 7/27/2007<br>**Plate # 9774169 and old  IL Drivers License L50043271932**<br>**Red Light Violation. Notice of Seizure.** | | | | 219.60 |
| Account No. **9066295584**<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | - | | 8/11/2007<br>**Plate # 9774169 and old  IL Drivers License L50043271932**<br>**Rear and front plate required.  Notice of Seizure.** | | | | 122.00 |
| Account No. **Notice Number 5103750490**<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | - | | 2008-2010<br> IL Drivers License L50043271932<br><br>**Parking Tickets Illinois License Plate # 9774169**<br><br>**Citation numbers 7002414031; 0057363636; 9178523980; and 9177456937** | | | | 580.37 |
| Account No. **9183058418**<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | - | | 8/11/2007<br>**Expired Meter** | | | | 60.00 |

Sheet no. __8___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,103.97**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jennifer L. Greenbaum** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 020244<br><br>**City of Highland Park**<br>**City Hall**<br>**1707 St. John's Avenue**<br>**Highland Park, IL 60035** | - | | **11/6/2013**<br>**Water service -  Customer # 011366**<br>**location:  3089 Parkside Drive, Highland Park, Illinois** | | | | 307.59 |
| Account No. HO14576<br><br>**City of Highland Park**<br>**City Hall**<br>**1707 St. John's Avenue**<br>**Highland Park, IL 60035** | - | | **11/6/2013**<br>**Violation 90.040(C) - Dog Disturbing Peace or Quite** | | | | 263.16 |
| Account No. 13TR72545<br><br>**Clerk of the Circuit Court**<br>**Park City Branch**<br>**301 Greenleaf Street**<br>**Waukegan, IL 60085** | - | | **Traffic Ticket** | | | | 301.00 |
| Account No. 13TR73623<br><br>**Clerk of the Circuit Court**<br>**Park City Branch**<br>**301 Greenleaf Street**<br>**Waukegan, IL 60085** | - | | **07/10/2013**<br>**Fine for Joshua A. Lynn**<br>**Ticket Number 270157**<br>**Seat Belt Violation** | | | | 60.00 |
| Account No.<br><br>**Cohen Tax Services, Inc.**<br>**P.O. Box 158**<br>**Northbrook, IL 60065** | - | | **August 3, 2014**<br>**Professional Fees** | | | | 1,600.00 |

Sheet no. __9___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,531.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2736164062** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197-6111** | - | | **4/1/2013** <br> **Utility Bill** | | | | 508.57 |
| Account No. **08 0393 08469** <br><br> **Commonwealth Edison** <br> **Payment Processing Center - 27** <br> **PO Box 55126** <br> **Boston, MA 02205-5126** | - | | | | | | 317.85 |
| Account No. **59433502001** <br><br> **Computer Credit, Inc.** <br> **Claim Department 009500** <br> **640 West 4th Street, POB 5238** <br> **Winston Salem, NC 27113-5238** | - | | **04-03-2009** <br> **Collecting for Rush Univewrsity Medical Center** <br> **Patient: Jacob Lynn** <br><br> **Medical Bill** | | | | 3,792.81 |
| Account No. **157148959** <br><br> **Countrywide Home Loans** <br> **Customer Service** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | - | | **2007** <br> **1098 for 2007 Mortgage Interest** | | | | 34,866.59 |
| Account No. **xxxxxxx6528** <br><br> **Department Stores National Bank** <br> **701 East 60th Street** <br> **Sioux Falls, SD 57104** | - | | **Credit Card / Macy's** | | | | 240.35 |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        39,726.17

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jennifer L. Greenbaum**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 4380792652820 | | | | | Opened 7/01/07 Last Active 6/13/2011 Charge Account | | | | |
| Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | - | | | | | | | | 240.00 |
| Account No. 201006070011225 | | | | | July 26, 2010 Collecting for CVS NSF Check | | | | |
| Dynamic Recovery Systems POB 25759 Greenville, SC 29616-0759 | - | | | | | | | | 209.30 |
| Account No. 201006070011224 | | | | | Collecting for CVS NSF Check | | | | |
| Dynamic Recovery Systems POB 25759 Greenville, SC 29616-0759 | - | | | | | | | | 87.70 |
| Account No. 201101260003861 | | | | | Collecting for "Client 4787" - they do not identify their client thus Debtor has no clue who they are collecting for. | X | X | X | |
| Dynamic Recovery Systems POB 25759 Greenville, SC 29616-0759 | - | | | | | | | | 87.70 |
| Account No. 2009-M1-179518 | | | | | 9/23/2009 Edge Media Group v. Ambiance Gallery & Jennifer Greenbaum. | | | X | |
| Edge Media Group 60 Conklin Street Farmingdale, NY 11735-2503 | - | | | | Attorney Steven J. Fink represented Edge Media Group. | | | | 3,776.00 |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 4,400.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **02-22-13**<br><br>**Family Service**<br>**777 Central Avenue**<br>**Highland Park, IL 60035** | | - | **3/7/2013**<br>**Missed Appointment** | | | | 10.00 |
| Account No. **5178007599135597**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | Opened  4/01/07  Last Active 11/12/2011<br>Credit Card | | | | 511.00 |
| Account No. **17361.81**<br><br>**Friedman & Wexler, L.L.C.**<br>**500 W. Madison Street**<br>**Suite 450**<br>**Chicago, IL 60661-2587** | | - | Collecting for Rodbro & Galliani, D.D.S. -<br>original account number 0142900 | | | | 17,361.81 |
| Account No. **11908915570**<br><br>**Fst Amer Bk**<br>**700 Busse Rd.**<br>**Elk Grove Village, IL 60007** | | - | Opened  8/01/04  Last Active  4/17/07<br>Credit Line Secured | | | X | Unknown |
| Account No.<br><br>**Gadi Cohen**<br>**POB 1311**<br>**Northbrook, IL 60065** | X | - | April 23, 2015<br>Residential Lease being rejected<br><br>Rent Due | | | | 2,400.00 |

Sheet no. **_12_** of **_32_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 20,282.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **600889093014** <br><br> **GECRB/JC Penny** <br> **Attention:  Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | - | | **Opened  5/01/00  Last Active  8/11/02** <br> **Charge Account** | | | X | 300.00 |
| Account No. **4293013662** <br><br> **Geico Casualty Company** <br> **Payment Processing Center** <br> **POB 55126** <br> **Boston, MA 02205-5126** | | - | | | | | | 121.50 |
| Account No. **7410600463** <br><br> **Harris N.a. / BMO Harris Bank** <br> **BK Dept.-Brk-180-RC** <br> **770 N Water Street** <br> **Milwaukee, WI 53202** | | - | | **Opened 11/01/02  Last Active  3/01/04** <br> **Former Credit Loan on foreclosed property** <br> **that has been sold at Sherrif Sale already.** | | | X | 10,000.00 |
| Account No. **LYNJOS0001** <br><br> **Hartford Medical Center** <br> **400 Medical Park Drive** <br> **Watervliet, MI 49098** | | - | | **8/6/2009** <br> **re Joshua Lynn** | | | | 94.00 |
| Account No. **236-005377** <br><br> **Highland Park Hospital** <br> **PO Box 1368** <br> **Elmhurst, IL 60126** | | - | | **5/6/2010** <br> **Medical Bill for Jacob Lynn** | | | | 475.80 |

Sheet no. _**13**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,991.30

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer L. Greenbaum_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **236-007506**<br><br>**Highland Park Hospital**<br>**PO Box 1368**<br>**Elmhurst, IL 60126** | - | | **10/11/2011**<br>**Medical Bill for Jacob Lynn** | | | | 551.34 |
| Account No. **775601100405800**<br><br>**Hsbc/rs**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | - | | **Opened 12/10/06  Last Active 3/9/2011**<br>**Charge Account**<br>**HSBC Bank, N.A./Walter E. Smithe** | | | X | 4,488.81 |
| Account No. **1728705184**<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**POB 64338**<br>**Chicago, IL 60664-0338** | - | | **2009-2011 - 1/25/2011**<br>**Non Priority Income Taxes for 2009, 2010 or 2011.**<br>**Illinois Tax Lien filed 1/25/2011 - original filing number 1102526015** | | | | 2,473.33 |
| Account No. **7144910**<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**POB 64338**<br>**Chicago, IL 60664-0338** | - | | **11/03/2014**<br>**State Tax Lien filed with the Lake County Recorder of Deeds - recording number 7144910** | | | X | 4,534.00 |
| Account No. **VW101340532**<br><br>**Illinois Tollway**<br>**PO Box 5201**<br>**Lisle, IL 60532-5201** | - | | **7/16/2010**<br>**VN101134530**<br>**License Plate 9774169 - Illinois** | | | | 212.40 |

Sheet no. __14__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    12,259.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Notice Number VN101134530** <br><br> **Illinois Tollway** <br> **PO Box 5201** <br> **Lisle, IL 60532-5201** | - | | **June 7, 2010** <br> **License Plate 9774169 - Illinois** | | | | 62.40 |
| Account No. **CP71C o rCP49 xxx-xx-0877** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | **December 31, 2008 - As of April 6, 2015** <br> **2008 1040 Income Tax - 100% non priority.** <br> **Eligible to be discharged under Chapter 7 as of 1/31/2013.** | | | X | 30,971.25 |
| Account No. **Notice CP71C - xxx-xx-0877** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | **December 31, 2009** <br> **2009 1040 Income Tax** <br><br> **Eligible to be discharged under Chapter 7 as of 4/19/2013.** | | | X | 93,844.35 |
| Account No. **Notice CP71C - xxx-xx-0877** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | **December 31, 2010** <br> **2010 1040 Income Tax** <br><br> **Eligible to be discharged under Chapter 7 as of 10/19/2014.** | | | X | 42,467.24 |
| Account No. **Notice CP71C - xxx-xx-0877** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | **December 31, 2009** <br> **2003 1040 Income Tax.  100% non priority.** <br> **Eligible to be discharged under Chapter 7.** | | | X | 2,448.52 |

Sheet no. __15__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   169,793.76

B6F (Official Form 6F) (12/07) - Cont.

In re **Jennifer L. Greenbaum**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6103000**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **12-7-2006**<br>**Federal Tax Lien filed 12-7-2006**<br>**Docket Number 6146140 filed with the Lake County Recorder of Deeds.**<br>**Released 3-5-2007 - PAID** | | | X | 209.00 |
| Account No. **xxx-xx-0877**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **12/13/2010**<br>**Federal Tax Lien filed 12/13/2010**<br>**Recording Number 6681299**<br>**Filed in Lake County, Illinois** | | | X | 15,053.55 |
| Account No.<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **Federal Tax Lien Filed 12/21/2005 and released 3/5/2007 - release recording number 6146139 and the original filing number was 5918290 - PAID** | | | X | 10,914.00 |
| Account No. **LY30**<br><br>**Janzen, Janzen & Chwa**<br>**1220 Meadow Road**<br>**3rd Floor**<br>**Northbrook, IL 60062** | - | | **12/15/2009**<br>**Orthodontics bill re Jake Lynn** | | | | 4,390.48 |
| Account No. **2000-M1-102863**<br><br>**John C. Bonewicz, P.C.**<br>**350 N. Orleans Street**<br>**Suite 300**<br>**Chicago, IL 60654** | - | | **1/20/2000**<br>**Louis Weiss Memorial Hospital v. Jennifer L. Lynn / Scott A. Lynn.** | | | X | 491.00 |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                31,058.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **743534323**<br><br>JP Morgan Chase<br>800 Brooksedge Boulevard<br>Westerville, OH 43081-2822 | - | | 01/08/2009<br>allegedly suspected of Fraud Activity. Chex Systems reports no debt associated with this account and debtor checked with JP Morgan Chase that informed her no debt was due. | X | X | X | Unknown |
| Account No. **Invoice 13**<br><br>Kaufman & Associates<br>661 W. Lake Street<br>Suite 1W<br>Chicago, IL 60661 | - | | 4/16/2012 - 10/15/2013<br>Legal Services related to foreclosure work | | | X | 4,200.00 |
| Account No. **11-1569**<br><br>Kozeny & McCubbin Illinois, LLC<br>105 West Adams Street<br>Suite 1850<br>Chicago, IL 60603 | - | | Residential Mortgage Foreclosure 12 CH 680 single family home located at 3089 Parkside Drive, Highland Park, Illiniois 60035 | X | X | X | 721,975.08 |
| Account No.<br><br>LaSalle Bank, N.A.<br>1921 St. Johns Avenue<br>Highland Park, IL 60035 | - | | 06/21/2006<br>potentially an old checking account<br>NOTICE PURPOSES ONLY | X | X | X | Unknown |
| Account No. **E10-0290**<br><br>Law Offices of Brian S. Glass, P.C.<br>PO Box<br>Chicago, IL 60659 | - | | 7//6/2010<br>Entourage Contracting Services v. Jenniferr L. Lynn, Et Al.<br><br>Collecing for Entourage Contracting Services | | | | 2,307.50 |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

728,482.58

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer L. Greenbaum_____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 1658723 <br><br> Law Offices of Joel Cardis, LLC <br> 2006 Swede Road <br> Suite 100 <br> Norristown, PA 19401 | | - | | | Collecting for Sunset Food Mart, Inc. | | | | 318.80 |
| Account No. 3024541 <br><br> Law Offices of Joel Cardis, LLC <br> 2006 Swede Road <br> Suite 100 <br> E. Norriton, PA 19401 | | - | | | 12/27/2012 <br> Janzen Janzen & CHWA Ortho | | | | 4,615.19 |
| Account No. BA7018342390 <br><br> LTD Financial <br> 7322 Southwest Freeway <br> Suite 1600 <br> Houston, TX 77074-2053 | | - | | | Collecting for Bank of America, N.A.checking account ending in 4733 | | | | 193.64 |
| Account No. MSN # SVB-314 <br><br> Lysinski & Associates, P.C. <br> 4418 N. Milwaukee Avenue <br> Chicago, IL 60630 | | - | | | 3/30/2010 <br> Collecting for Granite Design of Midwest, Inc. | | | | 1,800.00 |
| Account No. 43-807-926-528-0 <br><br> Macys <br> POB 689195 <br> Des Moines, IA 50368-9195 | | - | | | Credit Card | | | | 155.00 |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     7,082.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **2361629**<br><br>**Money Recovery Nationw**<br>**8155 Executive Court**<br>**Suite 10**<br>**Lansing, MI 48917** | - | | | | **Opened 12/01/09 - last reported 12/1/2010**<br>**Collection Attorney Community Hospital**<br>**Medical Cen**<br>**Patient Joshua Lynn Acct: LYNJOS0001**<br>**Medical Bill** | | | | 94.00 |
| Account No. **8743543129**<br><br>**National Credit Solutions**<br>**Oklahoma City, OK 73155-0779** | - | | | | **March 25, 2010**<br>**Collecting for Direct Brands, Inc - Music**<br>**Service** | | | | 160.03 |
| Account No. **750077383**<br><br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | - | | | | **Opened 2/01/13 - last reported 5/5/2013**<br>**Collection Attorney Adt Security Services Inc** | | | | 1,341.00 |
| Account No. **5HIGPA**<br><br>**NCO Financial Systems, Inc.**<br>**PO Box 15740**<br>**Wilmington, DE 19850-5740** | - | | | | **Collecting for PNC Bank related to account**<br>**with Furniture N Design Group, Inc. Original**<br>**account number 4641644031** | | | | 217.10 |
| Account No. **ESM950**<br><br>**NCO Financial Systems, Inc.**<br>**PO Box 15372**<br>**Wilmington, DE 19850-5372** | - | | | | **Collecting for Sunset Foods - original account**<br>**number 0044346888** | | | | 324.99 |

Sheet no. __**19**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,137.12

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer L. Greenbaum_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SEH317**<br><br>**NCO Financial Systems, Inc.**<br>**PO Box 15391**<br>**Wilmington, DE 19850-5391** | - | | Collecting for AT&T Businesss Long Distance original account number 854273965 | | | | 317.55 |
| Account No. **8-5000-6206-2576**<br><br>**North Shore Gas**<br>**130 East Randolph Street**<br>**Chicago, IL 60601** | - | | 09/24/2013<br>**Account should be closed for former service at 3089 Parkside Drive** | X | X | X | 1.00 |
| Account No. **16474649**<br><br>**North Shore Gas**<br>**130 East Randolph Street**<br>**Chicago, IL 60601** | - | | 4/13/2010<br>**Utility Bill**<br>service at 1450 Park Avenue W<br>**Highland Park, Illinois 60035 and under Designer Furniture Specialists, LLC** | | | | 647.74 |
| Account No. **75336570-006259**<br><br>**North Shore Sanitary District**<br>**PO Box 2140**<br>**Bedford Park, IL 60499-2140** | - | | 9/4/2012<br>**related to property 3089 Parkside Drive, Highland Park, Illinois, 60035-1063** | | | | 622.44 |
| Account No. **200847**<br><br>**North Shore University HealthSystem**<br>**100 South Owasso**<br>**Saint Paul, MN 55117** | - | | 1/23/2012<br>**Medical Bill - Visit Number 17856750**<br>**Re: Jacob Lynn** | | | | 32.00 |

Sheet no. __20__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,620.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum** _____,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **276387**<br><br>**North Shore University HealthSystem**<br>**100 South Owasso**<br>**Saint Paul, MN 55117** | - | | | | **8/23/2011**<br>**Medical Bill re:  Jennifer Lynn**<br>**Visit Number 11602785** | | | | 381.00 |
| Account No. **200847**<br><br>**North Shore University HealthSystem**<br>**100 South Owasso**<br>**Saint Paul, MN 55117** | - | | | | **10/11/2011**<br>**Visit Number 17856746** | | | | 540.00 |
| Account No. **200847**<br><br>**North Shore University HealthSystem**<br>**100 South Owasso**<br>**Saint Paul, MN 55117** | - | | | | **9/3/2011**<br>**Visit Number 17856745**<br>**Medical Bill - Re Jacob Lynn** | | | | 459.00 |
| Account No. **200847**<br><br>**North Shore University HealthSystem**<br>**100 South Owasso**<br>**Saint Paul, MN 55117** | - | | | | **1/23/2012**<br>**Visit Number 12439362**<br>**Medical Bill - Re Jacob Lynn** | | | | 190.00 |
| Account No. **200847**<br><br>**North Shore University HealthSystem**<br>**100 South Owasso**<br>**Saint Paul, MN 55117** | - | | | | **10/1/2011**<br>**Visit Number 17856748**<br>**Medical Bill - Re Jacob Lynn** | | | | 50.00 |

Sheet no. __**21**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,620.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **200847** <br><br> **North Shore University HealthSystem 100 South Owasso Saint Paul, MN 55117** | - | | 1/21/2012 <br> **Visit Number 17856749** <br> **Medical Bill - Re Jacob Lynn** | | | | 215.00 |
| Account No. **276387** <br><br> **North Shore University HealthSystem 100 South Owasso Saint Paul, MN 55117** | - | | 8/23/2011 <br> **Medical Bill re:  Jennifer Lynn** <br> **Visit Number 18579521** | | | | 128.00 |
| Account No. **200847** <br><br> **North Shore University HealthSystem 100 South Owasso Saint Paul, MN 55117** | - | | 9/3/2011 <br> **Medical Bill re Jacob Lynn** <br> **Visit Number:  11665779** | | | | 2,514.73 |
| Account No. **200847** <br><br> **North Shore University HealthSystem 100 South Owasso Saint Paul, MN 55117** | - | | 10/11/2011 <br> **Medical Bill re Jacob Lynn** <br> **Visit Number:  11875256** | | | | 3,114.40 |
| Account No. **4429** <br><br> **Northshore Physicians, Ltd. 6374 N. Lincoln Avenue Suite 312 Chicago, IL 60659-1224** | - | | **medical bill** | | | | 66.00 |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,038.13

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer L. Greenbaum_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8028240<br><br>NorthShore University Health System<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | - | | 8/19/2009<br>Gurantor ID 276387 | | | | 352.00 |
| Account No. 8521967<br><br>NorthShore University Health System<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | - | | 12/7/2009<br>Gurantor ID 276387 | | | | 1,345.55 |
| Account No. 8501108<br><br>NorthShore University Health System<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | - | | 12/2/2009-12/3/2009<br>Gurantor ID 276387 | | | | 854.00 |
| Account No. 8543556<br><br>NorthShore University Health System<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | - | | 4/18/2011<br>Gurantor ID 276387 | | | | 726.00 |
| Account No. 8820308<br><br>NorthShore University Health System<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | - | | 2/12/2010 | | | | 380.00 |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,657.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                            , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A0555553AAC** <br><br> **NorthShore University Health System** <br> **9851 Eagle Way** <br> **Chicago, IL 60678-0001** | - | | | | **2/4/2009** <br> **Gurantor ID 276387** | | | | 376.00 |
| Account No. **A0555553AAD** <br><br> **NorthShore University Health System** <br> **9851 Eagle Way** <br> **Chicago, IL 60678-0001** | - | | | | **2/4/2009** | | | | 633.00 |
| Account No. **A0555553AAB** <br><br> **NorthShore University Health System** <br> **9851 Eagle Way** <br> **Chicago, IL 60678-0001** | - | | | | **2/4/2009** | | | | 230.00 |
| Account No. **A0555553AAA** <br><br> **NorthShore University Health System** <br> **9851 Eagle Way** <br> **Chicago, IL 60678-0001** | - | | | | **2/4/2009** | | | | 20.00 |
| Account No. **EP276387** <br><br> **NorthShore University Health System** <br> **Faculty Practice Associates** <br> **9532 Eagle Way** <br> **Chicago, IL 60678-0001** | - | | | | **2/4/2009** <br> **Statement Number 102869992** <br> **Account Number 007812498-00002763870** | | | | 304.00 |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,563.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 854556<br><br>**NorthShore University Health System Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230** | - | | | 12/11/2009-12/18/2009 | | | | 726.00 |
| Account No. 7974732<br><br>**NorthShore University Health System Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230** | - | | | Medical Bill | | | | 352.00 |
| Account No. 1678751<br><br>**NorthShore University Health System Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230** | - | | | 2/21/2015<br>Medical Bill related to Joshua Abram Lynn | | | | 91.00 |
| Account No. 11602785<br><br>**NorthShore University Health System Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230** | - | | | Medical Bill | | | | 381.00 |
| Account No. 7234437<br><br>**NorthShore University Health System Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230** | - | | | Medical Bill - Joshua Abram Lynn | | | | 31.00 |

Sheet no. __25__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,581.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                                          ,          Case No. _____
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **91-M1-0745595** <br><br> **Oakwood Worldwide** <br> **2222 Corinth Avenue** <br> **Los Angeles, CA 90064** | - | | **1991** <br> **Judgment entered 12/10/1991** | | | X | **460.00** |
| Account No. **3817X-0000154962** <br><br> **Oberweis Dairy** <br> **Attn:  Collections** <br> **951 Ice Cream Drive** <br> **North Aurora, IL 60542** | - | | **2009** | | | | **161.05** |
| Account No. **1157136215** <br><br> **Onyx Acceptance/Capital One Auto** <br> **Capital One Auto Finance** <br> **3905 N. Dallas Pkwy** <br> **Plano, TX 75093** | - | | **Opened  5/01/02  Last Active  9/01/05** <br> **Automobile** | | | X | **Unknown** |
| Account No. **804004824** <br><br> **Penn Credit Corporation** <br> **POB 988** <br> **Harrisburg, PA 17108-0988** | - | | **Collecting for the City of Waukegan - parking ticket 2008/ 12/08 9774169 - IL** | | | | **70.00** |
| Account No. **805001122** <br><br> **Penn Credit Corporation** <br> **POB 988** <br> **Harrisburg, PA 17108-0988** | - | | **Collecting for the City of Waukegan - parking ticket 2008/ 09/22 9774169 - IL** | | | | **70.00** |

Sheet no. __**26**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **761.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                        ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 804003583<br><br>**Penn Credit Corporation**<br>**POB 988**<br>**Harrisburg, PA 17108-0988** | - | | Collecting for the City of Waukegan - parking ticket 2008/ 10/27 9774169 - IL | | | | 70.00 |
| Account No. 802005494<br><br>**Penn Credit Corporation**<br>**POB 988**<br>**Harrisburg, PA 17108-0988** | - | | Collecting for the City of Waukegan - parking ticket 2008/ 10/21 9774169 - IL | | | | 70.00 |
| Account No.<br><br>**Renee Lynn**<br>**7226 N. Kildare Avenue**<br>**Lincolnwood, IL 60712-1907** | - | | Ex-Mother In Law<br>Notice Purposes Only | | | X | Unknown |
| Account No. 500134<br><br>**Richard Snow**<br>**Attorney At Law**<br>**123 West Madison Street, Suite 310**<br>**Chicago, IL 60602** | - | | 4/12/2010<br>Judgment related to Collecting for Citifinancial Services, Inc., Account Number 373035<br>Case # 10 AR 535 | | | | 13,188.83 |
| Account No. 014290<br><br>**Rodbro and Galliani, Ltd.**<br>**400 Lake Cook Road**<br>**Suite 115**<br>**Deerfield, IL 60015** | - | | 2/2/2012<br>Dentist Bill | | | | 154.00 |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            13,482.83

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer L. Greenbaum_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 059433502001<br><br>**Rush Univewrsity Medical Center**<br>**Patient Financial Services**<br>**PO Box 4075**<br>**Carol Stream, IL 60197-4075** | - | | **9/14/2010**<br>**Medical Bill** | | | | 3,792.81 |
| Account No. 871100560208561<br><br>**Sage Capital Recovery**<br>**1040 Kings Hwy N.**<br>**Cherry Hill, NJ 08034** | - | | **Collecting for Comcast Commercial re**<br>**Furniture N Design Group**<br>**reference # 662492** | | | | 3,260.47 |
| Account No.<br><br>**Scott A. Lynn**<br>**25 19th Avenue**<br>**Apartment F**<br>**Venice Beach, CA 90291** | - | | **Ex-Husband for notice purposes and**<br>**Ex-Husband was named as a defendant in the**<br>**foreclosure of the former marital home (12 CH**<br>**680)** | X | X | X | **Unknown** |
| Account No. 4040895030926477<br><br>**Springleaf Financial S**<br>**3119 N Lincoln Ave**<br>**Chicago, IL 60657** | - | | **Opened 4/01/04 Last Active 9/01/04**<br>**Household Goods And Other Collateral Auto** | | | X | 2,382.00 |
| Account No. 5060895003657337<br><br>**Springleaf Financial S**<br>**3119 N Lincoln Ave**<br>**Chicago, IL 60657** | - | | **Opened 5/01/06 Last Active 12/17/09**<br>**Loan** | | | X | 7,357.00 |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,792.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                            ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 90-LM-0002129 <br><br> **State Farm Mutual Insurance Co** <br> **1 State Farm Plaza** <br> **Bloomington, IL 61701** | - | | **1991** <br> **State Farm v. Jennifer Greenbaum** <br> **Judgment entered 1/31/1991** | | | X | 7,904.71 |
| Account No. 379410621 <br><br> **Tnb - Target** <br> **Po Box 673** <br> **Minneapolis, MN 55440** | - | | **Opened  2/01/07  Last Active  10/10/2011** <br> **Credit Card** | | | X | 301.22 |
| Account No. <br><br> **Tony's Landscaping** <br> **8307 W. Maynard** <br> **Niles, IL 60714** | - | | **6/1/2013 - 7/20/2013 alleged** <br> **Never hired by Debtor for any work.** <br> **Invoices were sent "current owner"** | | | X | 1,300.00 |
| Account No. 6457099 <br><br> **Torres Credit Services, Inc.** <br> **POB 189** <br> **Carlisle, PA 17013** | - | | **Collecting For Commonwealth Edison** <br> **Company their Client ID is 2736164062** | | | | 322.23 |
| Account No. FUR308000 <br><br> **Trail Lines, Inc.** <br> **PO Box 3567** <br> **Santa Fe Springs, CA 90670** | - | | **9/22/2011** <br> **Invoice for Furniture N Design Group** | | | | 262.00 |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,090.16

B6F (Official Form 6F) (12/07) - Cont.

In re **Jennifer L. Greenbaum** _____,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 17169423 <br><br> **Transworld Systems, Inc.** <br>**9525 Sweet Valley Drive** <br>**Valley View, OH 44125** | - | | Collecting for Sunset Foods in Highland Park | | | | 312.29 |
| Account No. 20616794 <br><br> **Transworld Systems, Inc.** <br>**9525 Sweet Valley Drive** <br>**Valley View, OH 44125** | - | | Collecting for Janzen Janzen & CHWA Ortho - Creditors account 03296-000000KY30 04202011 | | | | 4,226.92 |
| Account No. 75682329 <br><br> **Van Ru Credit Corporation** <br>**1350 E. Touhy Avenue** <br>**Suite 100E** <br>**Des Plaines, IL 60018-3307** | - | | Collecting for North Shore University Health System Accounts, 000007974732-0007812498; 000008028240-0007812498; 000008521967-0007812498; 000008501108-0007812498; 000008543556-0007812498 | | | | 3,629.55 |
| Account No. 75656924 <br><br> **Van Ru Credit Corporation** <br>**1350 E. Touhy Avenue** <br>**Suite 100E** <br>**Des Plaines, IL 60018-3307** | - | | Collecting for NorthShore University Health System accounts: 000007974732-0007812498; 000008028240-0007812498; 000008521967-0007812498; | | | | 2,049.55 |
| Account No. 75565236 <br><br> **Van Ru Credit Corporation** <br>**POB 1018** <br>**Park Ridge, IL 60068-7018** | - | | Collecting for NorthShore University Health System Account | | | | 204.00 |

Sheet no. _**30**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **10,422.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jennifer L. Greenbaum**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 75688576<br><br>Van Ru Credit Corporation<br>1350 E. Touhy Avenue<br>Suite 100E<br>Des Plaines, IL 60018-3307 | - | | Collecting for NorthShore University Health System Accounts:<br>007812498-00002763871 and 276387-Z1005931-38508096 | | | | 1,231.00 |
| Account No. 75612009<br><br>Van Ru Credit Corporation<br>POB 1018<br>Park Ridge, IL 60068-7018 | - | | Collecting for NorthShore University Health System 000007974732-0007812498 and 00008028240-0007812498 | | | | 704.00 |
| Account No. 76363955<br><br>Van Ru Credit Corporation<br>POB 1018<br>Park Ridge, IL 60068-7018 | - | | Collecting for NorthShore University Health System Accounts:<br>276387-61426183 and 276387-61426184 | | | | 128.00 |
| Account No. 5120018269373<br><br>Wachovia Mortgage/World Savings and Loan<br>Attn: Bankruptcy Dept.(T7419-015)<br>Po Box 659558<br>San Antonio, TX 78265 | - | | Opened 11/01/02 Last Active 1/29/07<br>Real Estate Mortgage<br><br>NOTICE PURPOSES ONLY | | | X | Unknown |
| Account No. 111160576283609<br><br>Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309 | - | | Opened 11/01/05 Last Active 8/29/06<br>Note Loan<br>NOTICE PURPOSES ONLY | | | X | 1,369.00 |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,432.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jennifer L. Greenbaum**                                            ,        Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1994-M1-127250** | | | | 5/19/1994 | | | | |
| **Wexler & Wexler 500 W. Madison Street Suite 450 Chicago, IL 60661** | - | | | **Charles Ifergan v. Jennifer Greenbaum, et al.** | | | X | |
| | | | | | | | | 585.00 |
| Account No. **xxxxxx9373** | | | | 11/2002 - last reported 2/26/2007 | | | | |
| **WFHM 4101 Wiseman Boulevard #MC-T San Antonio, TX 78251** | - | | | **Real Estate Mortgage property address of 3089 Parkside Drive, Highland Park, Illinois  60035 - Property Sold at Sheriff Sale.** | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **674094 - FURHI2** | | | | 4/23/2012 | | | | |
| **Wiseway Transportation Services POB 1450 Minneapolis, MN 55485-5182** | - | | | **Billed to Furniture N Design Group** **Claim Number 418764239-XX** | | | | |
| | | | | | | | | 144.24 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**32**__ of __**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 729.24 |
| Total (Report on Summary of Schedules) | | 1,677,146.86 |

B6G (Official Form 6G) (12/07)

In re    **Jennifer L. Greenbaum**                                                    ,    Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gadi Cohen**<br>**POB 1311**<br>**Northbrook, IL 60065** | **Residential Unfurnished Home Lease for $2,400 per month from June 1, 2015 - May 31, 2016** |

**0** 
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Jennifer L. Greenbaum**                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William K. Pawlan**<br>**1155 Longmeadow Road**<br>**Northbrook, IL 60062**<br>**    Co Lessee on Residential Home Lease in**<br>**Northbrook** | **Gadi Cohen**<br>**POB 1311**<br>**Northbrook, IL 60065** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jennifer L. Greenbaum** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Furniture Decarator & Sales** | |
| | Employer's name | **Self Employed** | |
| | Employer's address | **1155 Longmeadow Road**<br>**Northbrook, IL 60062** | |
| | How long employed there? | **since 2008** | |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

| Debtor 1 | **Jennifer L. Greenbaum** | | Case number (*if known*) | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** ............................................................ | 4. | | $　　　　0.00 | $　　　　N/A |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $　0.00 | $　N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $　0.00 | $　N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $　0.00 | $　N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $　0.00 | $　N/A |
| 5e. | Insurance | 5e. | $　0.00 | $　N/A |
| 5f. | Domestic support obligations | 5f. | $　0.00 | $　N/A |
| 5g. | Union dues | 5g. | $　0.00 | $　N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $　0.00　+ | $　N/A |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.　　6.　$　0.00　$　N/A

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.　　7.　$　0.00　$　N/A

**8.** List all other income regularly received:

| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $　0.00 | $　N/A |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $　0.00 | $　N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $　0.00 | $　N/A |
| 8d. | Unemployment compensation | 8d. | $　0.00 | $　N/A |
| 8e. | Social Security | 8e. | $　0.00 | $　N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $　0.00 | $　N/A |
| 8g. | Pension or retirement income | 8g. | $　0.00 | $　N/A |
| 8h. | Other monthly income. Specify: **Net Average Profit from Furniture Sales/Decarating** | 8h.+ | $　1,000.00　+ | $　N/A |

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.　　9.　$　1,000.00　$　N/A

**10.** Calculate monthly income. Add line 7 + line 9.　　10.　$　1,000.00　+　$　N/A　=　$　1,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____　　11.　+$　0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies　　12.　$　1,000.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain: **Debtor hopes to either increase sales and get more business or get a job to make more money.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jennifer L. Greenbaum** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Your Household**

1.   **Is this a joint case?**

■ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.

■ Yes. Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **15** | ☐ No   ■ Yes |
| **Son** | **18** | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

**Part 2:**   **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.   $ _____ 0.00

If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  __Jennifer L. Greenbaum_____  Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **6.** | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| **7.** | **Food and housekeeping supplies** | | 7. | $ | 150.00 |
| **8.** | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| **9.** | **Clothing, laundry, and dry cleaning** | | 9. | $ | 25.00 |
| **10.** | **Personal care products and services** | | 10. | $ | 40.00 |
| **11.** | **Medical and dental expenses** | | 11. | $ | 50.00 |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. | $ | 125.00 |
| | Do not include car payments. | | | | |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 50.00 |
| **14.** | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| **15.** | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 85.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | 16. | $ | 0.00 |
| | Specify: | | | | |
| **17.** | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 279.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as** **deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | | 18. | $ | 0.00 |
| **19.** | **Other payments you make to support others who do not live with you.** | | 19. | $ | 0.00 |
| | Specify: | | | | |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| **21.** | **Other:** Specify:   **Auto Repairs / Maintenence** | | 21. | +$ | 300.00 |
| **22.** | **Your monthly expenses.** Add lines 4 through 21. | | 22. | $ | 1,154.00 |
| | The result is your monthly expenses. | | | | |
| **23.** | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ | 1,000.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 1,154.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $ | -154.00 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
Explain:

> **Debtor's Lease expires and may have to move and then may have to incur the regular monthly living expenses that Debtor does not have now.**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jennifer L. Greenbaum**                                      Case No. _____

                                   Debtor(s)                        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**49**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 17, 2015**                      Signature   **/s/ Jennifer L. Greenbaum**

                                                          **Jennifer L. Greenbaum**

                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jennifer L. Greenbaum** _____   Case No. _____

                                    Debtor(s)                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $16,966.50 | **2015 YTD: Business Income Gross before expenses - Net around $6,000.00** |
| $31,885.00 | **2014: Business Income Gross before expenses - Net around $4,783.00** |
| $100.00 | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

---

**3. Payments to creditors**

None ☐   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | **April 6, 2015 - IRS applied Debtors $727.00 Tax Refund for 2014 to Debtors dischargable 2008 Tax Liability.** | **$727.00** | **$33,551.92** |

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The People of Illinois City or Village of Highland Park, Illinois v Joshua A. Lynn (a minor) 13TR73623** | **Seat Belt violaton ticket number 270157** | **Circuit Court, Lake County, 19th Judicial District, Waukegan, Illinois Park City Branch Court 301 Greenleaf Street Park City, Illinois  60085** | **Judgment for $60 8/28/2013** |
| **The People of Illinois City or Village of Highland Park, Illinois v Jennifer Greenbaum** | **Traffic Ticket, speeding** | **Circuit Court, Lake County, 19th Judicial District, Waukegan, Illinois Park City Branch Court 301 Greenleaf Street Park City, Illinois  60085** | **Judgment for $301.00 around August of 2013** |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-3 v. Jennifer Lynn, Scott Lynn, United States of America, Citifinancial Services, Inc. 12 CH 680 | Residential Mortgage Foreclosure | In the Circuit Court For the 19th Judicial Circuit Lake County - Waukegan, Illinois | Judgment of Foreclosure set for November 21, 2013 Property Sold at Sheriff Sale around February 2014 |
| CACH, LLC v. Jennifer Lynn Case Number: 12 SC 0000324 | Wage Deduction Notice Filed | In the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois | Small Claims Judgment entered April 27, 2012 by Lake Law Magistrate Court in Lake County, Illinois in the amount of $7,344.00 and filed on April 30, 2012. |
| Citifinancial Services v. Jennifer Lynn 10 AR 535 | Collection  - summons return date was 7/12/2010 | Clerk of the Circuit Court, 18 N. County Street, Waukegan, Illinois - Lake County | Citation issued - garnishee is JP Morgan Chase Bank - Plaintiff was Citifinancial Services - Judgment around 3-12-2010 |

None        b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐          preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
            property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
            filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Illinois Department of Revenue Bankruptcy Section POB 64338 Chicago, IL 60664-0338 | 11/3/2014 | State of Illinois filed a State Tax Lien in the amount of $4,534.00 on November 3, 2014 with the Lake County Recorder of Deeds in Lake County, Illinois - Recording Number:  7144910. |
| CACH, LLC Attn:  John Ashton, BK supervisor 4340 S. Monaco Street, 2nd Floor Denver, CO 80237 | April 30, 2012 | Lien Filed and recorded by Lake Law Magistrate on April 30, 2012 for $7,344.00 in relation to 12SC324 (CACH v. Jennifer Greenbaum). |

B7 (Official Form 7) (04/13)
4

**5.  Repossessions, foreclosures and returns**

None ☐     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of New York Mellon c/o Kozeny & McCubbin Illinois, LLC 105 W. Adams Suite 1850 Chicago, IL 60603** | **2014 (around February 2014 sold at sale)** | **Foreclosure Proceeding.  2012 CH 680 In the Circuit Court of Lake County - Waukegan Lake County-Waukegan, Illinois.**<br><br>**Single Family home located at 3089 Parkside Drive Highland Park, Illinois 60035.** |

**6.  Assignments and receiverships**

None ■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ■     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ■     List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Benjamin | Brand LLP 1016 W. Jackson Boulevard Chicago, IL 60607-2914** | **None (Pro-Bono case)** | **None (Pro-Bono case)** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America 1301 4th Street Santa Monica, CA 90401** | **Personal Checking Account ending in 4733 ($338.29 negative balance - closed by Bank of America)** | **July, 2013** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3089 Parkside Drive** | **Jennifer Lynn** | **January 2007 - June 30, 2013** |
| **Highland Park Illinois 60035** | **&** | |
| | **Jennifer Greenbaum** | |

### 16. Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Furniture N Design Group, Inc.** | 27-4467394 | **POB 7212 Deerfield, IL 60015-7212** <br><br> **2339 Ernie Krueger Circle Waukegan, Illinois 60087** | **100% owned by Debtor Furniture Business** | **January 21, 2011 - June 8,2012** |
| **Designer Furniture Specialists, LLC** | 0877 | **d/b/a Ambiance Gallery 1450 Park Avenue West Highland Park, IL 60035** | **Gallery of furniture and accessories** | **May 29, 2007 - November 10, 2011** |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Scott Cohen 5225 Old Orchard Road Suite 40 Skokie, IL 60077** | **Since 2013** |

B7 (Official Form 7) (04/13)

8

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Scott Cohen | 5225 Old Orchard Road<br>Suite 40<br>Skokie, IL 60077 |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Jennifer Lynn<br>1155 Longmeadow Road<br>Northbrook, IL 60062 | President | 100% |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 17, 2015**                    Signature    **/s/ Jennifer L. Greenbaum**
                                                         **Jennifer L. Greenbaum**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jennifer L. Greenbaum**                                          Case No. _____
                                         Debtor(s)            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Springleaf Financial S** | **Describe Property Securing Debt:**<br>**Household Goods And Other Collateral** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Gadi Cohen** | **Describe Leased Property:**<br>**Residential Unfurnished Home Lease for $2,400 per month from June 1, 2015 - May 31, 2016** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **June 17, 2015**                            Signature    **/s/ Jennifer L. Greenbaum**
                                                                 **Jennifer L. Greenbaum**
                                                                 Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re **Jennifer L. Greenbaum**                                    Case No. _____

                                                    Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                        $            **0.00**

    Prior to the filing of this statement I have received              $            **0.00**

    Balance Due                                                        $            **0.00**

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify)    **NONE - PRO BONO**

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Services that are included in the firm's representation are defined specifically in the attorney client retainer agreement executed between the parties and no other legal services are included.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Services that are included in the firm's representation are defined specifically in the attorney client retainer agreement executed between the parties and no other legal services are included and therefore are excluded.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 17, 2015**                        **/s/ J. Kevin Benjamin ARDC #:**
                                                   **J. Kevin Benjamin ARDC #: 6202321**
                                                   **Benjamin | Brand LLP**
                                                   **1016 W. Jackson Boulevard**
                                                   **Chicago, IL 60607-2914**
                                                   **(312) 853-3100   Fax: (312) 577-1707**
                                                   **kevin@benjaminlaw.com or**
                                                   **theresa@benjaminlaw.com**

---

# BENJAMIN | BRAND, LLP

11262014

### *ATTORNEY CLIENT RETAINER AGREEMENT REGARDING CHAPTER 7 BANKRUPTCY SERVICES*

This Agreement is executed in between Benjamin Brand, LLP, a Florida Limited Liability Partnership headquartered in Chicago, Illinois ("Firm" or "Attorney" meaning the law firm its staff and attorneys), and the undersigned ("Client"), whether one or more parties individually or jointly, (and collectively the "Parties"). This agreement shall be deemed executed in the City of Chicago, County of Cook, State of Illinois and will be construed and governed under the laws of said jurisdiction and venue by agreement of the parties. In the event Attorney undertakes to enforce this agreement due to any breach of it by Client, Client will be responsible for all costs associated with enforcing the terms of this agreement including but not limited to additional attorney fees and costs. The Retainer quoted ensures Attorney's availability to advise and consult with Client or to perform legal services related to the subject matter of this Agreement for a period of 6 months from the date of this Agreement, and must be paid in full before the expiration of the payment term, after which this Agreement terminates with no further notice or obligations due from any of the parties, unless a Chapter 7 petition is in fact filed. Client has received a free consultation with no obligation to retain Attorney and the Parties agree that the consultation time is now part of the services that have been performed and that any advice given at the initial consultation(s) is/was preliminary and based upon information provided by Client and facts available to Attorney at that time and Attorneys advice may change as the facts and circumstances are further analyzed, more facts discovered, or Clients circumstances or the laws change.

Now for and in consideration of the mutual promises and obligations exchanged herein under this Agreement, the Parties agree to as follows:

**1.      Legal Representation.** Client retains Attorney specifically, solely and exclusively for legal services in representing Clients legal interests in relation to a proposed filing under Chapter 7 of Title 11 of the U.S. Bankruptcy Code ("USBC"), as amended and effective October 17, 2005, known as the Bankruptcy Abuse and Consumer Protection Act ("BAPCPA"), and for no other matters or services ("Services"). Attorney accepts such representation pursuant to the specific written terms of this Agreement. Attorney services include: (a) the initial consultation; (b) preparation of the petition any schedules, statement of financial affairs, statement of intention, or means test; (c) preparation and attendance of the section 341 Meeting of Creditors; (d) review of any proposed redemption or reaffirmation agreements or to render Attorneys opinion on same; and (e) case administration and monitoring. More then one attorney and staff may work on this matter. Attorneys are not obligated to undertake any representation or activity for Client, if in their sole professional judgment, is only brought in bad faith or violates or comes to violate any rule or code of professional ethics. Client authorizes Attorney, at their sole discretion and at Attorneys expense, to hire other Attorneys to act in their behalf regarding attendance at 341 meetings, court appearances and/or bankruptcy hearings. It is expressly agreed and understood between the Parties that this Agreement is not contingent upon the filing of a petition for relief and Client has no obligation to proceed to file a Chapter 7, or any, bankruptcy petition. If Client decides to close their file or breaches this agreement Client agrees to pay for any work done and costs incurred. If Client decides not to proceed with the filing of the petition for any reason or the petition is not filed under the time frame expressed in this Agreement for any reason, then this Agreement shall be deemed concluded. Earned fees/costs paid to date at that time will neither be refunded nor credited to any other legal services. This Agreement is subject to Client qualifying to file Chapter 7 in the same U.S. District Court jurisdiction as defined by the USBC and rules, by permanently residing in, or maintaining the same domicile in which they are currently domiciled as of the date of this Agreement. In the event Venue changes before the filing of a petition for relief, for any reason, this agreement will be concluded. When Attorney's services conclude, or upon conversion or dismissal of the Chapter 7 to another Chapter under the USBC, any unpaid fees and/or additional fees for post petition legal services, shall be due, owing and payable immediately upon said conversion or dismissal.

**2.      Client's Obligations to Pay Designated Costs, Fees, Expenses and Due Diligence.** Client understands that in addition to any attorney fees that client is responsible for any and all reasonable costs associated with said representation and Attorneys due diligence. At Clients expense, Attorney is empowered to obtain information about Client's assets, credit, creditors, taxes, debts, income, expenses and other public and non-public information that may be used to verify and ensure the completeness of the information provided by Client as part of Attorney's due diligence and ordinary course of representation. Such information may not be comprehensive or complete. It is obtained for background information and to aid Attorney's due diligence. Attorney may order multiple due diligence products at its discretion as due diligence may be done when retained, before filing, any time in between, or as often as Attorney deems prudent as before filing some due diligence may have become stale. These costs, expenses and due diligence are not part of Attorney's overhead.

**3.      Client's Obligations and Representations of Good Faith and to Attorney.** Attorney will prepare the bankruptcy filing and associated documents based upon information supplied by Client and Attorney will rely upon this information as being true, accurate, complete and correct. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses. Attorney may disclose to both spouses any facts disclosed by either spouse even if the representation is not joint and only one spouse is filing. Client attests and affirms they will (1) Not give Attorney any false or misleading information, will not omit any information from Attorney, and will always provide Attorney with complete and accurate information including full disclosure all financial information to Attorney; (2) Provide all requested documents, questionnaire(s) and information requested promptly and as requested by Attorney and prior to any petition for relief being filed; (3) At all times to be truthful to, and cooperate with Attorney, and keep Attorney informed of any developments, and current contact information; (4) attend all schedules court hearings and meetings with Attorney or the Trustee; and (5) If Client should not act with absolute honesty and integrity then Attorney may either decline to represent the Clients or discontinue such representation immediately and without notice and Client agrees not to object to the Attorneys' declination, discontinuation of their services or motion to withdraw from this matter without any refund of earned fees.

**4.      Assets and Liabilities.** Client may not "choose" what creditors or assets to include and must disclose any ownership or interest in and prior ownership or interest in all assets, regardless of value, and must disclose ALL assets, ALL liabilities and ALL creditors, regardless of the amount and even if it does not show up on the consumer credit report or asset and lien search or Client thinks no one else knows about. This includes disclosing all bank and financial accounts to which Client is a signor regardless of Clients opinion that it is not Clients "account" or money. Client must include debts to friends, family members, "small" debts, as well as all debts on student loans, state or federal taxes, property taxes, unsecured or secured debts, co-signor debts, joint debts, overpayment of government benefits and any other liabilities.

**5.      Creditors.** Client must provide Attorney with all current and FULL addresses of creditors. If a creditors address is incorrect, if a Creditor is omitted or if there are multiple addresses for a creditor and the wrong one is used that creditor will NOT be deemed to have proper notice of the case, will not be discharged, and Client will remaining liable for those debts. If Client is not certain if they are liable on a debt they must list it for notice purposes only. If Client disputes a debt it must be listed and Attorney must be advised so it can properly be disclosed as a disputed debt. If a creditor is not listed or is listed with an incorrect or improper address, the debt to such creditor may not be discharged. Any asset sold or account closed the previous 12 months must be disclosed to Attorney and listed on Petition.



**Benjamin Brand, LLP is designated as a Federal Debt Relief Agency by an Act of Congress and the President of the United States, has proudly assisted consumers seeking relief under the U.S. Bankruptcy Code for over 24 years. A Member of the National Association of Consumer Bankruptcy Attorneys** [Page - 1 of 5 THIS AGREEMENT CONTINUES UNTIL CONCLUDING ON PAGE 5]



BENJAMIN | BRAND, LLP

**6.** **Documentation**. Client must provide current bank account information to include monthly statements as requested and online account balances as of the date of the signing of the bankruptcy petition to be filed. Financial information must be updated every month, thus Client may be required to provide certain documentation monthly or numerous times be it prior to filing or even after the filing of a petition.

**7.** **Agreement Complete.** This instrument contains the terms and conditions constituting the entire Agreement between the parties and may not be modified except by a written agreement signed by all parties. There are no promises, terms, conditions or obligations applicable to Attorney's representation hereunder, except as expressly set forth in this Agreement. The terms hereof supersede any previous oral or written agreements or understandings between the parties with respect to Attorney's representation, with all previous understandings or agreements having been merged herein.

**8.** **Effective Date.** The representation covered by this Agreement commences only upon the receipt by Attorney of a signed Agreement and payment of the Retainer in full or pursuant to an agreed upon payment plan.

**9.** **Time Is Of The Essence.** Any delay on Clients part may disqualify Client for Chapter 7 relief or otherwise adversely affect client's case. Attorney may not be able to file the case or take other necessary actions, until all requested documents and/or information, including but not limited to the certificate of credit counseling, are received by Attorney along with all required attorney fees, costs and filing fee.

**10.** **Credit Counseling Course.** Clients are advised that before Attorney can file the petition they must provide firm a credit-counseling certificate from an approved non-profit budget and credit counseling agency (approve by U.S. Trustees office) dated within 180 days prior to filing a bankruptcy petition. This can be taken online or by telephone and Attorney can assist in instructing Client. Client is advised to take this course when the Petition is close to being filed to avoid having to retake this course, which may have to be paid for again by Client.

**11.** **Post Filing Course.** Client must complete a **financial management "pre-discharge" course (debtor education course)** right after filing (and in addition to the credit counseling course) and obtain a certificate of completion along with a form B-23 which they must sign acknowledging THEY completed the course and it is solely their responsibility to compete the course, SIGN the B-23 and get the SIGNED B-23 to Attorney so Attorney may file it with the clerk as it must be filed with the Clerks office on behalf of Client within 45 days of the ORIGINAL meeting of creditors (no extensions for continued meetings). If this is not done the Court may CLOSE the case WITHOUT discharge. Then to obtain a discharge Attorney must file a motion to re-open and be granted permission to file an executed B-23 and certificate (assuming clients have done it) and their will be ADDITIONAL attorney fee charges determined by Attorney that must be paid in advance by clients in order to have Attorney file and present said motion plus any court costs (currently $260).

The Retainer Agreed to under this Agreement is stated below and in accordance with the terms and conditions of this Agreement. The retainer is based upon the anticipated amount of work required by Attorney based upon all the information provided by Client to date as the estimated amount of creditors, debts and current assets of Client indicated at the initial consultation. If any information is incomplete, inaccurate or incorrect the fee may have to be adjusted and the advice or recommendation of Attorney, including as to what Chapter to file, may change. Client authorizes and directs Attorney to begin representation immediately and Attorney will undertake representation immediately upon the execution of this Agreement and thus legal fees will start being earned. The retainer does not include the current $335.00 filing fee (that is subject to change at anytime) for a Chapter 7 or any costs, expenses or due diligence.

$_____PRO BONO_____.00 Retainer due in full within the payment term before filing a petition not including filing fee, due diligence or other costs/expenses

The undersigned individuals acknowledge to have read, reviewed, understand and received an exact completed copy of all FOUR pages of this Agreement and agree to be bound by all their terms and affirm that I/we are the person(s) requesting services of Attorney under this agreement.

In 2000, the U.S. Electronic Signatures in Global and National Commerce (ESIGN) Act established electronic records and signatures as legally binding, having the same legal effects as traditional paper documents and handwritten signatures. DocuSign warrants federal ESIGN Act compliance. DocuSign's advanced signature is legally admissible and enforceable in almost every civilized country in the world, which has adopted an electronic signature law, and the vast majority recognizes DocuSign's form of electronic signature as meeting the definition of a valid electronic signature. Any copy or reproduction of this Agreement shall have the same force and effect as an original.

DATED THIS 17th DAY OF JUNE, 2015

CLIENT(S):                                          FIRM: BENJAMIN | BRAND, LLP, A debt Relief Agency

Client: _____        FOR FIRM: _____

Print: _____Jennifer Greenbaum_____           Print: _____J. Kevin Benjamin_____

Client: _____

Print: _____

Benjamin Brand, LLP is designated as a Federal Debt Relief Agency by an Act of Congress and the President of the United States, has proudly assisted consumers seeking relief under the U.S. Bankruptcy Code for over 24 years. A Member of the National Association of Consumer Bankruptcy Attorneys [Page - 2 of 5  THIS AGREEMENT CONTINUES UNTIL CONCLUDING ON PAGE 5]

INITIALS

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11**: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jennifer L. Greenbaum** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jennifer L. Greenbaum** _____    X **/s/ Jennifer L. Greenbaum**          **June 17, 2015**
Printed Name(s) of Debtor(s)                                    Signature of Debtor                          Date

Case No. (if known) _____    X _____
                                                              Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jennifer L. Greenbaum**                  Case No. _____

                               Debtor(s)          Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                       **204**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 17, 2015** _____          **/s/ Jennifer L. Greenbaum** _____

                                               **Jennifer L. Greenbaum**

                                               Signature of Debtor

Accounts Receivable Management, Inc
POB 129
Thorofare, NJ 08086-0129


Active Acceptance Corp
d/b/a Active Insurance Agency
1034 N. Ashland Avenue
Chicago, IL 60622


ADT Security Services
P.O. Box 550619
Jacksonville, FL 32255


Advanced Disposal Collections Dept
PO Box 6484
Carol Stream, IL 60197-6484


Affordable Moving Company, Inc.
5000 W. Bloomingdale Avenue
Chicago, IL 60639


Alliance Receivables Management
POB 3111
Southeastern, PA 19398-3111


AMCA
PO Box 1235
Elmsford, NY 10523-0935


America's Wholesale Lender
4500 Park Granada
Calabasas, CA 91302-1613


American Collection Systems, Inc.
PO Box 29117
Columbus, OH 43229-0117


American Collection Systems, Inc.
PO Box 1968
Southgate, MI 48195-0968


American Enterprise Bank
1725 McGovern St
Highland Park, IL 60035

American Enterprise Bank
600 N. Buffalo Grove Road
Buffalo Grove, IL 60089


American Medical Collection Agency
2269 S. Saw Mill River Road
Bldg. 3
Elmsford, NY 10523


American Profit Recovery
34405 W. 12 Mile Road
Suite 379
Farmington Hills, MI 48331-5608


Americollect, Inc.
1851 S. Alverno Road
POB 1566
Manitowoc, WI 54221


AMO Recoveries


Anthony P. Terrasse, MD
700 D North Westmoreland Road
Lake Forest, IL 60045


Armor Systems Corporation
1700 Kiefer Drive
Suite 1
Zion, IL 60099-5105


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


Arnold Scott Harris, P.C.
111 West Jackson Boulevard
Suite 600
Chicago, IL 60604


ARS
POB 469048
Escondido, CA 92046-9048

ARS National Services, Inc.
PO Box 463023
Escondido, CA 92046-3023


Artistica
3200 Golf Course Drive
Ventura, CA 93003


Assistant US Attorney
ATTN: Paralegals
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Assoc For Womens Health Care
POB 20781
Springfield, IL 62708


Association for Womens Health Care
PO Box 20781
Springfield, IL 62708


AT&T
Payment Processing Center-27
PO Box 55126
Boston, MA 02205-5126


AT&T Businesss Long Distance
2 FL OCA MGMT
15100 FAA Blvd
Fort Worth, TX 76155


AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416


Bank of America
Santa Monica Business Park
3320 Ocean Park Boulevard
Santa Monica, CA 90405


Bank of America Home Loans
PO Box 961291
Fort Worth, TX 76161-0291

Bank Of America, N.A.
4161 Piedmont Parkway
Simi Valley, CA 93065


Bank of New York Mellon
c/o Noonan & Leiberman, Ltd.
105 W. Adams, Suite 1100
Chicago, IL 60603


Bay Area Credit Service
Atlanta, GA 31146


Bertucci, David
1256 Old Skokie Road
Highland Park, IL 60035-3028


Bk Of Amer
Attn: Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


BMW Financial
PO Box 78103
Phoenix, AZ 85062-8103


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


BMW Financial Services
5515 Parkcenter Circle
Dublin, OH 43017


Cach Llc/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St. 2nd Floor
Denver, CO 80237

CACH, LLC
Attn:  John Ashton, BK supervisor
4340 S. Monaco Street, 2nd Floor
Denver, CO 80237


Cairo Animal Hospital
Attn: Jenn OTT
1170 Park Avenue West
Highland Park, IL 60035


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital One
POB 30281
Salt Lake City, UT 84130


Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093


Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093


CCB Credit Services, Inc.
POB 272
Springfield, IL 62705-0272


Chex Systems, Inc.
7805 Hudson Road
Suite 100
Saint Paul, MN 55125


Chex Systems, Inc.
7805 Hudson Road
Suite 100
Woodbury, MN 55125


ChexSystems Collection Agency, Inc.
Dept. 9500
Los Angeles, CA 90084-9500

```
CITI
PO Box 22060
Tempe, AZ 85285-2060


Citicorp Retail Services
PO Box 183041
Columbus, OH 43218-3041


Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202


Citifinancial Services, Inc.
C/O CT Corporation System, Inc.
208 S. LaSalle, Suite 814
Chicago, IL 60604


City of Chicago
Department of Revenue
PO Box 88292
Chicago, IL 60680-1292


City of Highland Park
City Hall
1707 St. John's Avenue
Highland Park, IL 60035


City of Highland Park
Department of Finance
1707 St. John's Avenue
Highland Park, IL 60035-3593


Clerk of the Circuit Court
Park City Branch
301 Greenleaf Street
Waukegan, IL 60085


Cohen Tax Services, Inc.
P.O. Box 158
Northbrook, IL 60065


Comcast Cable
POB 3002
Southeastern, PA 19398-3002
```

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison
Payment Processing Center - 27
PO Box 55126
Boston, MA 02205-5126


Complete Payment Recovery Systems
POB 30184
Tampa, FL 33630-3184


Computer Credit, Inc.
Claim Department 009500
640 West 4th Street, POB 5238
Winston Salem, NC 27113-5238


Countrywide Home Loans
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170


Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


Credit Collection Services
Two Wells Avenue
Newton, MA 02459


CT Corporation Systems, Inc.
208 South LaSalle Street
Suite 814
Chicago, IL 60604


Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0480


Department Stores National Bank
701 East 60th Street
Sioux Falls, SD 57104

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Dynamic Recovery Systems
POB 25759
Greenville, SC 29616-0759


Edge Media Group
60 Conklin Street
Farmingdale, NY 11735-2503


Entourage Contracting Services
108 N Main St
Algonquin, IL 60102


Family Service
777 Central Avenue
Highland Park, IL 60035


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147


First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519


FMS Inc.
POB 707601
Tulsa, OK 74170-7601


Franklin Collection Service, Inc.
POB 3910
Tupelo, MS 38803


Friedman & Wexler, L.L.C.
500 W. Madison Street
Suite 450
Chicago, IL 60661-2587

Fst Amer Bk
700 Busse Rd.
Elk Grove Village, IL 60007


Gadi Cohen
POB 1311
Northbrook, IL 60065


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/JC Penny
POB 965007
Orlando, FL 32896


Geico Casualty Company
Payment Processing Center
POB 55126
Boston, MA 02205-5126


Granite Design of Midwest, Inc.
945 N California Ave
Chicago, IL 60622


Harris N.a. / BMO Harris Bank
BK Dept.-Brk-180-RC
770 N Water Street
Milwaukee, WI 53202


Harris N.a. / BMO Harris Bank
201 S. Grove Avenue
Barrington, IL 60010


Hartford Medical Center
400 Medical Park Drive
Watervliet, MI 49098


Highland Park Hospital
PO Box 1368
Elmhurst, IL 60126

HSBC Bank
Attn BK Department
PO Box 5213
Carol Stream, IL 60197


HSBC Retail Services
PO Box 5244
Carol Stream, IL 60197-5244


HSBC Retail Services
PO Box 4144
Carol Stream, IL 60197-4144


HSBC Retail Services
POB 17602
Baltimore, MD 21297-1602


Hsbc/rs
Po Box 30253
Salt Lake City, UT 84130


Illinois Department of Revenue
Bankruptcy Section
POB 64338
Chicago, IL 60664-0338


Illinois Department of Revenue
POB 19006
Springfield, IL 62794-9006


Illinois Department of Revenue
Outside Collection Agency Unit
POB 19035
Springfield, IL 62794-9035


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
Centralized Insolvency Operation
POB 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
Cincinnati, OH 45999-0149



Ira T. Kaufman
661 W. Lake Street
Suite 1W
Chicago, IL 60661


Janzen Janzen & CHWA Ortho
1220 Meadow Road
Northbrook, IL 60062


Janzen, Janzen & Chwa
1220 Meadow Road
3rd Floor
Northbrook, IL 60062


John C. Bonewicz, P.C.
350 N. Orleans Street
Suite 300
Chicago, IL 60654


John C. Bonewicz, P.C.
751 Roosevelt Road
Suite 317
Glen Ellyn, IL 60137


JP Morgan Chase
800 Brooksedge Boulevard
Westerville, OH 43081-2822


JP Morgan Chase
POB 9001871
Louisville, KY 42290


JP Morgan Chase
POB 9001020
Louisville, KY 40290-1020
```

Kaufman & Associates
661 W. Lake Street
Suite 1W
Chicago, IL 60661


Kaufman & Associates
600 W. Lake Street
Suite 1W
Chicago, IL 60661


Kozeny & McCubbin Illinois, LLC
105 West Adams Street
Suite 1850
Chicago, IL 60603


LaSalle Bank, N.A.
1921 St. Johns Avenue
Highland Park, IL 60035


Law Offices of Brian S. Glass, P.C.
PO Box
Chicago, IL 60659


Law Offices of Joel Cardis, LLC
2006 Swede Road
Suite 100
Norristown, PA 19401


Law Offices of Joel Cardis, LLC
2006 Swede Road
Suite 100
E. Norriton, PA 19401


LGBS, LLP
35946 Eagle Way
Chicago, IL 60678-1359


Linebarger Goggan Blair & Sampson
PO Box 06152
Chicago, IL 60606-0152


Linebarger Goggan Blair & Sampson
PO Box 06140
Chicago, IL 60606-0140

LTD Financial
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2053


Lysinski & Associates, P.C.
4418 N. Milwaukee Avenue
Chicago, IL 60630


Macys
POB 689195
Des Moines, IA 50368-9195


MB Financial Bank
6111 N River Rd
Rosemont, IL 60018


MB Financial Bank
581 Elm Place
Highland Park, IL 60035


Medical Recovery Specialists, Inc.
2250 E. Devon
Suite 352
Des Plaines, IL 60018-4521


MERS
1901 E. Voorhees Street
Suite C
Danville, IL 61834


MERSCORP, INC.
1901 E. Voorhees Street
Suite C
Danville, IL 61834


Money Recovery Nationw
8155 Executive Court
Suite 10
Lansing, MI 48917


Money Recovery Nationwide
801 S. Waverly Road
Suite 100
Lansing, MI 48917

```
MRN / NCA
PO Box 13129
Lansing, MI 48901-3129


National Credit Solutions
Oklahoma City, OK 73155-0779


Nco Fin /99
Po Box 15636
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems, Inc.
PO Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems, Inc.
PO Box 15372
Wilmington, DE 19850-5372


NCO Financial Systems, Inc.
PO Box 15391
Wilmington, DE 19850-5391


NCO Finanical Systems, Inc.
PO Box 15630
Dept. 99
Wilmington, DE 19850


NCO Finanical Systems, Inc.
PO Box 15630
Dept. 02
Wilmington, DE 19850


NCO Finanical Systems, Inc.
PO Box 15630
Dept.15
Wilmington, DE 19850
```

Noonan & Leiberman, Ltd.
105 W. Adams
Suite 1100
Chicago, IL 60603


North Shore Gas
130 East Randolph Street
Chicago, IL 60601


North Shore Sanitary District
PO Box 2140
Bedford Park, IL 60499-2140


North Shore University HealthSystem
100 South Owasso
Saint Paul, MN 55117


Northland Group, Inc.
POB 390846
Minneapolis, MN 55439


Northshore Physicians, Ltd.
6374 N. Lincoln Avenue
Suite 312
Chicago, IL 60659-1224


NorthShore University Health System
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230


NorthShore University Health System
9851 Eagle Way
Chicago, IL 60678-0001


NorthShore University Health System
Faculty Practice Associates
9532 Eagle Way
Chicago, IL 60678-0001


NorthShore University Health System
9600 Gross Point Road
Skokie, IL 60076

Oakwood Worldwide
2222 Corinth Avenue
Los Angeles, CA 90064


Oberweis Dairy
Attn: Collections
951 Ice Cream Drive
North Aurora, IL 60542


Onyx Acceptance Corp
3905 N. Dallas Parkway
Plano, TX 75093


Onyx Acceptance Corp
15000 Capital One Drive
Richmond, VA 23238


Onyx Acceptance/Capital One Auto
Capital One Auto Finance
3905 N. Dallas Pkwy
Plano, TX 75093


Penn Credit Corporation
POB 988
Harrisburg, PA 17108-0988


Peoples Energy
200 E. Randolph
Chicago, IL 60601


Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601


Pinnacle Management Services
514 Market Loop #103
Dundee, IL 60118


Pinnacle Management Services
830 Roundabout
Suite B
Dundee, IL 60118

Pinnacle Management Services
514 Market Loop #103
West Dundee, IL 60118


PNC Bank
PO Box 5570
Cleveland, OH 44101-0570


Receivable Management Services
4836 Brecksville Road
Richfield, OH 44286


Renee Lynn
7226 N. Kildare Avenue
Lincolnwood, IL 60712-1907


Richard Snow
Attorney At Law
123 West Madison Street, Suite 310
Chicago, IL 60602


Rodbro & Galliani, D.D.S.
400 Lake Cook Rd
Deerfield, IL 60015


Rodbro and Galliani, Ltd.
400 Lake Cook Road
Suite 115
Deerfield, IL 60015


Rush Univewrsity Medical Center
Patient Financial Services
PO Box 4075
Carol Stream, IL 60197-4075


Sage Capital Recovery
1040 Kings Hwy N.
Cherry Hill, NJ 08034


Scott A. Lynn
25 19th Avenue
Apartment F
Venice Beach, CA 90291

Scott A. Lynn
7226 N. Kildare Avenue
Lincolnwood, IL 60712-1907


Shindler Law Firm
1990 E. Algonquin Road
Suite 180
Schaumburg, IL 60173


Springleaf Financial S
3119 N Lincoln Ave
Chicago, IL 60657


Square Two Financial
AttnL Bankruptcy
4340 S.Monaco Street, 2nd Floor
Denver, CO 80237


State Collection Service, Inc
2509 S. Stoughton Road
PO Box 6250
Madison, WI 53716-0250


State Farm Mutual Insurance Co
1 State Farm Plaza
Bloomington, IL 61701


Stellar Recovery, Inc.
1327 Highway 2 West
Suite 100
Kalispell, MT 59901


Stellar Recovery, Inc.
1845 US Highway 93 South
Suite 310
Kalispell, MT 59901-5721


Steven J. Fink
25 E. Washington Street
Suite 1223
Chicago, IL 60602


Sunset Food Mart, Inc.
1812 Green Bay
Highland Park, IL 60035-3110

Target National Bank
c/o Payment Processing
PO Box 59231
Minneapolis, MN 55459


Tnb - Target
Po Box 673
Minneapolis, MN 55440


Tony's Landscaping
8307 W. Maynard
Niles, IL 60714


Torres Credit Services, Inc.
POB 189
Carlisle, PA 17013


Trail Lines, Inc.
PO Box 3567
Santa Fe Springs, CA 90670


Transworld Systems, Inc.
9525 Sweet Valley Drive
Valley View, OH 44125


Transworld Systems, Inc.
POB 15520
Wilmington, DE 19850-5520


Transworld Systems, Inc.
1375 E. Woodfield Road
Suite 110
Schaumburg, IL 60173


Transworld Systems, Inc.
PO Box 12103
Suite 110
Trenton, NJ 08650


University Anesthesiologists
7358 N. Lincoln Avenue
Lincolnwood, IL 60712

Valentine & Kebartas, Inc.
Lawrence, MA 01842


Van Ru Credit Corporation
1350 E. Touhy Avenue
Suite 100E
Des Plaines, IL 60018-3307


Van Ru Credit Corporation
POB 1018
Park Ridge, IL 60068-7018


Van Ru Credit Corporation
PO Box 1761
Des Plaines, IL 60017


Wachovia Mortgage/World Savings
BK Department (T7419-015)
POB 659558
San Antonio, TX 78265


Wachovia Mortgage/World Savings and Loan
Attn: Bankruptcy Dept.(T7419-015)
Po Box 659558
San Antonio, TX 78265


Wells Fargo
Attn: BK Department (T7419-015)
POB 659558
San Antonio, TX 78256


Wellsfargo
800 Walnut St
Des Moines, IA 50309


Wexler & Wexler
500 W. Madison Street
Suite 450
Chicago, IL 60661


WFHM
4101 Wiseman Boulevard
#MC-T
San Antonio, TX 78251

William K. Pawlan
1155 Longmeadow Road
Northbrook, IL 60062


Wiseway Transportation Services
POB 1450
Minneapolis, MN 55485-5182

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jennifer L. Greenbaum** _____   Case No. _____
                                  Debtor(s)                 Chapter   **7** _____

# AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

      **Jennifer L. Greenbaum**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

      Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
      **No Exception.**

      Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
      **No Exception.**

      Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **J. Kevin Benjamin ARDC #: 6202321**, certify under penalty of perjury that the above is true and correct.

Executed on   **June 17, 2015** _____

                        **/s/ J. Kevin Benjamin ARDC #:** _____
                        Signature
                        **J. Kevin Benjamin ARDC #: 6202321**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jennifer L. Greenbaum**                                        Case No. _____
                                              Debtor(s)          Chapter   **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jennifer L. Greenbaum**                          X  **/s/ Jennifer L. Greenbaum**          **June 17, 2015**
Printed Name(s) of Debtor(s)                          Signature of Debtor                  Date

Case No. (if known)  _____               X  _____
                                                     Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)      the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)      the effect of receiving a discharge of debts
(3)      the effect of reaffirming a debt; and
(4)      your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Jennifer L. Greenbaum | June 17, 2015 |
|---|---|
| Debtor's Signature | Date |

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case
    under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the
    documents filed to commence the case. Some places in the Bankruptcy Code require that you
    list the replacement value of each asset. This must be the replacement value of the property at
    the date of filing the petition, without deducting for costs of sale or marketing, established
    after a reasonable inquiry. For property acquired for personal, family, or household use,
    replacement value means the price a retail merchant would charge for property of that kind,
    considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current
    Monthly Income, is required to be stated after reasonable inquiry: current monthly income,
    the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy
    Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the
    Bankruptcy Code. Failure to provide such information may result in dismissal of the case
    under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jennifer L. Greenbaum**                                    ,

Debtor

Case No. _____

Chapter_____**7**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date_____**June 17, 2015**_____       **/s/ J. Kevin Benjamin ARDC #: 6202321**_____

Signature of attorney

**J. Kevin Benjamin ARDC #: 6202321**
**Benjamin | Brand LLP**
**1016 W. Jackson Boulevard**
**Chicago, IL 60607-2914**
**(312) 853-3100**